IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| JEREMY JOHNSON, | ) | **STIPULATION OF** |
| Plaintiff, | ) | **VOLUNTARY DISMISSAL** |
| | ) | **PURSUANT TO F.R.C.P.** |
| v. | ) | **41(a)(1)(A)(ii)** |
| | ) | |
| | ) | Case No.: 20-CIV-62532-SMITH |
| SPIRIT AIRLINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, *with prejudice*, against the defendant Spirit Airlines, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

/s/ *Jeffrey Jones*
Signature of plaintiffs or plaintiff's counsel

THE JONES LAW FIRM
523 East Pine Place
*Address*

Tulsa, OK  74106
*City, State & Zip Code*

(574) 876-4715
*Telephone Number*

Dated:  15 June 2021

/s/ Rebecca Anguiano
Signature of defendants or defendant's counsel

Littler Mendelson, P.C.
333 SE 2nd Ave., Suite 2700
*Address*

Miami, FL 33131
*City, State & Zip Code*

305-400-7500
*Telephone Number*

Dated:  6/18/2021